**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 365 MAL 2022

      Respondent :

                          : Petition for Allowance of Appeal
                          : from the Order of the Superior Court

      v. :

NICHOLAS HELMAN, :

      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 366 MAL 2022

      Respondent :

                          : Petition for Allowance of Appeal
                          : from the Order of the Superior Court

      v. :

NICHOLAS HELMAN, :

      Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.